```
1   DENNIS J. HERRERA, State Bar #139669
    City Attorney
2   JOANNE HOEPER, State Bar #114961
    Chief Trial Attorney
3   CASSANDRA KNIGHT, State Bar #175696
    Deputy City Attorney
4   Fox Plaza
    1390 Market Street, 6th Floor
5   San Francisco, California 94102-5408
    Telephone:    (415) 554-4251
6   Facsimile:    (415) 554-3837

7
    Attorneys for Defendant
8   CITY AND COUNTY OF SAN FRANCISCO
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA G. ADDIEGO, by and through her Conservator DEBRA J. DOLCH, and RINA ADDIEGO,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA PACIFIC MEDICAL CENTER,<br><br>Defendants. | Case No. C05-4819 CRG<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING TO AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED between the parties that Defendant City and County of San Francisco's deadline to electronically file and serve its response to Plaintiff's Amended Complaint is extended to Friday, January 6, 2006.

Dated: January 3, 2006            By:    s/Richard Canatella
                                         Richard A. Canatella, Esq.
                                         Attorneys for Plaintiffs

Dated: January 3, 2006                   Cassandra Knight
                                         Cassandra Knight, Deputy City Attorney.
                                         Attorneys for Defendant
Jan. 6, 2006                             CITY AND COUNTY OF SAN FRANCISCO

APPROVED
Judge Charles R. Breyer

STIPULATION TO EXTEND DEADLINE          1                    n:\lit\li2005\060594\00350777.doc
CASE NO. C05-4819 CRG