1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
2 | JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
3 | CASSANDRA KNIGHT, State Bar #175696
Deputy City Attorney
4 | Fox Plaza
1390 Market Street, 6th Floor
5 | San Francisco, California 94102-5408
Telephone:     (415) 554-4251
6 | Facsimile:     (415) 554-3837

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MARIA G. ADDIEGO, by and through her Conservator DEBRA J. DOLCH, and RINA ADDIEGO, Plaintiffs, vs. CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA PACIFIC MEDICAL CENTER, Defendants. | Case No. C05-4819 CRB<br><br>**STIPULATION TO FURTHER EXTEND DEADLINE TO FILE RESPONSIVE PLEADING TO AMENDED COMPLAINT** |
|---|---|

IT IS HEREBY STIPULATED between the parties that Defendant City and County of San Francisco's deadline to electronically file and serve its response to Plaintiff's Amended Complaint is extended to Friday, January 13, 2006.

Dated: January 10, 2006         By:     s/Richard Canatella
                                         Richard A. Canatella, Esq.
                                         Attorneys for Plaintiffs


                                By:     s/Cassandra Knight
                                         Cassandra Knight, Deputy City Attorney.
                                         Attorneys for Defendant
                                         CITY AND COUNTY OF SAN FRANCISCO

IT IS SO ORDERED
Judge Charles R. Breyer

STIPULATION TO FURTHER EXTEND DEADLINE
CASE NO. C05-4819 CRG          Jan. 12, 2006        1                    n:\lit\li2005\060594\00351925.doc