1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Attorney
3  CASSANDRA KNIGHT, State Bar #175696
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-4251
6  Facsimile:    (415) 554-3837

7

8  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO

9                UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11  MARIA G. ADDIEGO, by and through          Case No. C05-4819 CRB
    her Conservator DEBRA J. DOLCH, and
12  RINA ADDIEGO,                             **STIPULATION TO EXTEND
                                              DEADLINE TO FILE REPLY TO
13             Plaintiffs,                    DEFENDANT CITY AND COUNTY OF
                                              SAN FRANCISCO'S MOTION TO
14        vs.                                 DISMISS ACTION OR TO STRIKE
                                              PORTIONS OF COMPLAINT**
15  CITY AND COUNTY OF SAN
    FRANCISCO, CALIFORNIA PACIFIC
16  MEDICAL CENTER,

17             Defendants.

18
19        IT IS HEREBY STIPULATED between the parties that Defendant City and County of San

20  Francisco's deadline to electronically file and serve its Reply to its Motion to Dismiss Action, or to

21  Strike Portions of Complaint, is extended to Monday, February 6, 2006.

22  Dated:  February 3, 2006        By:   s/Richard Canatella
                                         Richard A. Canatella, Esq.
23                                       Attorneys for Plaintiffs

24  Dated:  February 3, 2006        By:   s/Cassandra Knight
                                         Cassandra Knight, Deputy City Attorney.
25                                       Attorneys for Defendant
                                         CITY AND COUNTY OF SAN FRANCISCO
26
    Dated:                          By:   s/ Lawrence A. Bennett, Esq.
27                                       Lawrence A. Bennett, Esq.
                                         Attorneys for Defendant
28                                       CALIFORNIA PACIFIC MEDICAL CENTER

UNITED STATES DISTRICT COURT

IT IS SO ORDERED

Judge Charles R. Breyer

NORTHERN DISTRICT OF CALIFORNIA